## (May 12, 1939.)

Los Angeles Investment Securities Corporation, Appellant, v. Alice White Joslyn and Others, Respondents.— Motion by plaintiff for stay, pending the determination of the appeal from the order granting a new trial, granted. Motion to dismiss appeal denied, with ten dollars costs. All concur, except McNamee, J., who dissents.

## (May 15, 1939.)

The People of the State of New York ex rel. Central New England Railway Company v. State Tax Commission, Town of Lloyd, Intervenor. (Special Franchise Assessments, Town of Lloyd, 1922, 1923, 1924.) The People of the State of New York ex rel. Central New England Railway Company v. State Tax Commission. (Special Franchise Assessments, City of Poughkeepsie, 1922, 1923, 1924.) — Motion to dismiss appeals granted by consent.

## (May 17, 1939.)

In the Matter of the Claim of John Geroe, Claimant, against Abraham Cohen and Charles Cohen, Copartners, Doing Business as Ace Milk Co., Employer, and Hardware Mutual Casualty Company, Insurance Carrier, Appellant. State Industrial Board, Respondent.— Motion to dismiss appeal granted, on the ground that the carrier, having appealed to the Board for a review of the proceedings before the referee, had only twenty days after notice of the decision of the Board in which to take its appeal to this court, under section 23 of the Workmen's Compensation Law.

The People of the State of New York v. Charles Hallenbeck, Indicted as John Doe, Defendant.— Motion for permission to appeal to this court from a conviction and sentence for burglary in the third degree and grand larceny, in the Albany County Court, on November 2, 1931, and from an order denying motion to correct sentence; also to appeal as a poor person. Motion denied, for lack of jurisdiction.

In the Matter of the Application of Sigmar K. Reinholt Hilfer, Petitioner, against The Board of Regents of the University of the State of New York, Respondent.— Motion for stay denied.

In the Matter of the Application of Linden Farms Milk & Cream Co., Inc., Petitioner, to Review a Determination Made by Holton V. Noyes, as Commissioner of Agriculture and Markets of the State of New York, Respondent.— Motion by New York Retail Milk Distributors, Inc., for permission to intervene as amicus curiæ and to appear and file brief granted. Motion by the respondent to dismiss appeal granted, unless petitioner perfects appeal, files and serves record and brief on or before July 15, 1939, and is ready for argument at the term of this court commencing September 25, 1939, in which event the motion is denied.